**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DEMETRIUS J. BROWN,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-6300** |
| | : | |
| **GERARD DETOX & DRUG &** | : | |
| **ALCOHOL,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this **2nd** day of **December 2024**, upon consideration of Plaintiff Demetrius J. Brown's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** without leave to file an amended complaint for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**
**CHAD F. KENNEY, J.**